IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| LEXUS BELL-BOYD, §<br>      PLAINTIFF, §<br> §<br>v. §<br> §<br>DOT MEDICAL AND DRUG TESTING §<br>SERVICES, ET AL., §<br>      DEFENDANTS. § | CASE NO. 3:25-CV-1753-E-BK |

## ORDER ACCEPTING FINDINGS, CONCLUSIONS AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

United States Magistrate Judge Rebecca Rutherford made findings, conclusions, and a recommendation in this case. No objections were filed. The District Court reviewed the proposed findings, conclusions, and recommendation for plain error. Finding none, the Court **ACCEPTS** the Findings, Conclusions, and Recommendation of the United States Magistrate Judge.

Accordingly, Plaintiff's Complaint [Doc. 3] is **DISMISSED WITHOUT PREJUDICE** and the Court shall enter final judgment by separate order. *See* Fed. R. Civ. P. 54; Fed. R. Civ. P. 58.

**SO ORDERED** this 10th day of December, 2025.

_____
ADA BROWN
UNITED STATES DISTRICT JUDGE